**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JOSEPH LASTER,**

      **Plaintiff,**

**vs.**                              **5:05-CV-222-SPM**

**ASSISTANT WARDEN VARNES,
*et al.*,**

      **Defendants.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

      **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 49) filed April 13, 2006.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

      Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

      Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      The magistrate judge's report and recommendation (doc. 49) is

              adopted and incorporated by reference in this order.

2.      The motion for temporary restraining order (doc. 45) is hereby

        *denied*.

3.      The clerk shall refer this case to the magistrate for consideration of

        Plaintiff's motion for extension of time (doc. 51) to file his amended

        complaint.

**DONE AND ORDERED** this <u>first</u> day of May, 2006.

        *s/ Stephan P. Mickle*

        Stephan P. Mickle
        United States District Judge