**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**JOSEPH LASTER,**

      **Plaintiff,**

**vs.**                                       **5:05-CV-222-SPM**

**ASSISTANT WARDEN VARNES,**
***et al.*,**

      **Defendants.**
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**
**AND TRANSFERRING CASE**

      **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 79) filed July 11, 2006.  The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed his objections, after being granted two extensions of time, on August 21, 2006 (doc. 88).

      Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Plaintiff's objections consist mostly of disagreement with the magistrate's conclusion that Defendants' actions did not constitute deliberate indifference. Even as described in Plaintiff's objections, Defendants' conduct simply does not

rise to the level necessary to sustain a finding that any of Plaintiff's constitutional rights were violated.  Accordingly, it is

> **ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 79) is adopted and incorporated by reference in this order.

2.     Plaintiff's claims against defendants Hollford, Whitfield, Mitchell, Moore, White and Mayo are *dismissed without prejudice* pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to exhaust administrative remedies.

3.      Plaintiff's claims against defendants Varnes and Payne are *dismissed with prejudice* pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for plaintiff's failure to state a claim.

4.     This matter is remanded to the magistrate judge for further proceedings on plaintiff's Eighth Amendment claims against defendants Nurse Ivey, Nurse Hall, Dr. Hughes, and Dr. Ciungu.

**DONE AND ORDERED** this <u>twenty-fourth</u> day of August, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge