IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH LASTER,

    Plaintiff,

vs.                                     5:05-CV-222-SPM

ASSISTANT WARDEN VARNES,
*et al.*,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 139) filed May 1, 2007. The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed an objection on May 14, 2007 (doc. 142), which is simply a request that the case be dismissed without prejudice to his right to exhaust his administrative remedies.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 139) is adopted and incorporated by reference in this order.

2. Plaintiff's claims against defendants Nurse Ivey, Nurse Hall, Dr. Hughes, and Dr. Ciungu are *dismissed without prejudice* pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to exhaust administrative remedies.

**DONE AND ORDERED** this <u>sixteenth</u> day of May, 2007.

<u>  s/ Stephan P. Mickle  </u>
Stephan P. Mickle
United States District Judge